UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| US RIGHT TO KNOW, <br> Plaintiff(s), <br> v. , <br> NATIONAL INSTITTUES OF HEALTH <br> Defendant(s). | Case No. 4:23-cv-02954-KAW <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, <u>Daniel C. Snyder, an active</u> member in good standing of the bar of <u>Oregon (105127)</u>, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: <u>Plaintiff USRTK</u> in the above-entitled action. My local co-counsel in this case is <u>Lily Rivo, Greenfire Law PC</u>, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: <u>242688</u>.

| | |
|---|---|
| 1620 L Street NW, Suite 630, Washington DC 20036 | 2748 Adeline St, Suite A, Berkeley, CA 97403 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 202-861-5251 | 510-900-9502 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| dsnyder@publicjustice.net | lrivo@greenfirelaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: <u>OR105127</u>.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court <u>three</u> times in the 12 months preceding this application. Prior PHV admissions in last 12 months all on behalf of Plaintiff US Right to Know

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 5, 2023

/s/ Daniel C. Snyder
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of ___Daniel C. Snyder___ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 13, 2023

_Kandis Westmore_
UNITED STATES MAGISTRATE JUDGE