ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone: (510) 637-3721
    Facsimile: (510) 637-3724
    jevechius.bernardoni@usdoj.gov

Attorneys for the Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH,<br><br>Defendant. | Case No. 4:23-cv-2954-KAW<br><br>**STIPULATION REGARDING FEDERAL DEFENDANT'S RESPONSE DEADLINE** |

    WHEREAS, plaintiff US Right to Know ("Plaintiff") initiated the above-captioned action on June 15, 2023 (ECF No. 1);

    WHEREAS, defendant National Institutes of Health's ("Federal Defendant") response to the complaint is currently due on or before August 14, 2023; and

    WHEREAS, counsel for Federal Defendant will be out of the office from August 4 to August 11, 2023.

    NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED that Federal Defendant's

deadline to respond to the complaint is extended up to and including August 28, 2023.

Dated:  August 2, 2023

                              ISMAIL J. RAMSEY
                              United States Attorney

                              */s/ Jevechius D. Bernardoni\**
                              JEVECHIUS D. BERNARDONI
                              Assistant United States Attorney

                              Attorneys for the Federal Defendant

DATED:  August 2, 2023               */s/ Daniel C. Snyder*
                              DANIEL C. SNYDER
                              PUBLIC JUSTICE

DATED:  August 2, 2023               */s/ Lily A. Rivo*
                              LILY A. RIVO
                              GREENFIRE LAW, PC

                              Attorneys for Plaintiff
                              US RIGHT TO KNOW

*\*In compliance with Civil Local Rule 5-1(h)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*