AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| U.S. RIGHT TO KNOW | ) |
|---|---|
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 3:23-cv-02954 KAW |
| NATIONAL INSTITUTES OF HEALTH | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* National Institutes of Health (NIH)
9000 Rockville Pike
Bethesda, Maryland 20892

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: RACHEL S. DOUGHTY (California State Bar No. 255904)
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 94707
NOTE: DEFENDANT'S ANSWER IS DUE 30 DAYS FROM RECEIPT OF THIS SUMMONS, 5 U.S.C. § 552(a)(4)(C).

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Mark B. Busby

Date: 06/15/2023                                             *Cindy Hernandez*
                                                             *Signature of Clerk or Deputy Clerk*

Exhibit A to Summons

Additional Defendants Information

U.S. Right to Know. v. National Institutes of Health

N.D. Cal. (June 15, 2023)

3:23-cv-02936

To Defendant:

NATIONAL INSTITUTES OF HEALTH

C/O Attorney General of the United States

U.S. Department of Justice

950 Pennsylvania Ave, NW

Washington, DC 20530-001

To Defendant:

NATIONAL INSTITUTES OF HEALTH

C/O U.S. Attorney's Office

ATTN: Civil Process Clerk

450 Golden Gate Avenue

San Francisco, CA 94102

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-02954

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* National Institute of Health, C/O U.S. Attorney's Office
was received by me on *(date)* June 15, 2023.

☐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☒ Other *(specify)*: Summons served pursuant to Federal Rule of Civil Procedure 4 (i)(1)
Text

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.

I declare under penalty of perjury that this information is true.

Date: July 25, 2023

*Nuria de la Fuente*
Server's signature

Nuria de la Fuente
Printed name and title

2748 Adeline Stree, Suite A Berkeley, CA 94703
Server's address

Additional information regarding attempted service, etc:

# USPS Tracking®

FAQs >

**Track Packages Anytime, Anywhere**

Get the free Informed Delivery® feature to receive automated notifications on your packages

**Learn More** (https://reg.usps.com/xsell?app=UspsTools&ref=homepageBanner&appURL=https%3A%2F%2Finformeddelivery.usps.com/box/pages/intro/start.action)

Remove ✕

**Tracking Number:**

## 70221670000184043757

Copy    Add to Informed Delivery (https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 10:31 am on July 13, 2023 in SAN FRANCISCO, CA 94102.

**Delivered**
Delivered, Left with Individual
SAN FRANCISCO, CA 94102
July 13, 2023, 10:31 am

See All Tracking History

**Get More Out of USPS Tracking:**
USPS Tracking Plus®

Text & Email Updates ˅

USPS Tracking Plus® ˅

Product Information ˅

See Less ˄

Track Another Package

[ Enter tracking or barcode numbers ]

**Need More Help?**

Tracking support for further assistance.

FAQs



U.S. Postal Service™
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

San Francisco, CA 94102

Certified Mail Fee  $4.35
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $ $0.00
☐ Return Receipt (electronic)    $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required      $ $0.00
☐ Adult Signature Restricted Delivery $
Postage  $9.35
Total Postage and Fees  $13.70

Postmark Here   07/11/2023

Sent To: Nat. Inst. of Health
Street and Apt. No., or PO Box No.: 450 Golden Gate Ave
City, State, ZIP+4: San Francisco, CA 94102

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7022 1670 0001 8404 3757