# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| U.S. RIGHT TO KNOW </br></br> *Plaintiff(s)* </br> v. </br> NATIONAL INSTITUTES OF HEALTH </br></br> *Defendant(s)* | Civil Action No. 3:23-cv-02954   KAW |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  National Institutes of Health (NIH)
9000 Rockville Pike
Bethesda, Maryland 20892

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

RACHEL S. DOUGHTY (California State Bar No. 255904)
GREENFIRE LAW, PC
P.O. Box 8055
Berkeley, CA 94707
NOTE: DEFENDANT'S ANSWER IS DUE 30 DAYS FROM RECEIPT OF THIS SUMMONS, 5 U.S.C. § 552(a)(4)(C).

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Mark B. Busby

Date: 06/15/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No. 3:23-cv-02954

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __National Institute of Health (NIH)__
was received by me on *(date)* __June 15, 2023__ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Summons served pursuant to Federal Rule of Civil Procedure 4 (i)(1)

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0__ .

I declare under penalty of perjury that this information is true.

Date: __August 8, 2023__

*Nuria de la Fuente*
Server's signature

Nuria de la Fuente
Printed name and title

2748 Adeline St. Suite A, Berkeley, CA 94703
Server's address

Additional information regarding attempted service, etc:

Exhibit A to Summons

Additional Defendants Information

U.S. Right to Know. v. National Institutes of Health

N.D. Cal. (June 15, 2023)

3:23-cv-02936

To Defendant:

NATIONAL INSTITUTES OF HEALTH

C/O Attorney General of the United States

U.S. Department of Justice

950 Pennsylvania Ave, NW

Washington, DC 20530-001

To Defendant:

NATIONAL INSTITUTES OF HEALTH

C/O U.S. Attorney's Office

ATTN: Civil Process Clerk

450 Golden Gate Avenue

San Francisco, CA 94102

August 08, 2023

Dear Customer,

The following is the proof-of-delivery for tracking number: 772918760569

**Delivery Information:**

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | L.TABAK DR | **Delivery Location:** | |
| **Service type:** | FedEx Priority Overnight | | |
| **Special Handling:** | Deliver Weekday; Direct Signature Required | | BETHESDA, MD, |
| | | **Delivery date:** | Aug 7, 2023 09:38 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| **Tracking number:** | 772918760569 | **Ship Date:** | Aug 2, 2023 |
| | | **Weight:** | 1.0 LB/0.45 KG |

**Recipient:**  
BETHESDA, MD, US,

**Shipper:**  
Berkeley, CA, US,

Signature image is available. In order to view image and detailed information, the shipper or payor account number of the shipment must be provided.

Thank you for choosing FedEx