```
ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone:  (510) 637-3721
    Facsimile:  (510) 637-3724
    jevechius.bernardoni@usdoj.gov

Attorneys for Federal Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH,<br><br>Defendant. | Case No. 4:23-cv-2954-KAW<br><br>**STIPULATION;** ~~[PROPOSED]~~ **ORDER** |

WHEREAS, defendant National Institutes of Health ("Defendant") has filed an answer to plaintiff US Right to Know's ("Plaintiff") Freedom of Information Act complaint in the above-captioned action (ECF No. 16);

WHEREAS, the parties have been working cooperatively in an attempt to resolve this case without judicial intervention;

WHEREAS, as a result of those cooperative efforts, the parties have agreed that Defendant will complete its processing of the approximately 6,475 pages of potentially responsive records identified to date by June 30, 2025. NIH may be required to send certain records for consultation or direct referral to other agencies, and it does not control the rate at which other agencies will process those records. However, in an effort to expedite the consultation/referral process as much as possible, NIH will send

those records to the relevant agencies on a rolling basis during the course of is processing. This includes an initial release of documents on or before January 2, 2024. In addition, the parties agree that NIH will process (not produce) a minimum of 200 pages of potentially responsive records each month and that NIH will prioritize processing the potentially responsive records identified to date from Dr. Morens' personal gmail account;

WHEREAS, by entering into this Court-ordered agreement, Defendant is not stipulating that Plaintiff is or will be entitled to or eligible for fees and costs and/or that Plaintiff is a prevailing party for fees and costs purposes in the above-captioned lawsuit; and

WHEREAS, the parties intend on conferring once production is complete about the propriety of Defendant's application, if any, of the FOIA's disclosure exemptions, the reasonableness and adequacy of Defendant's search for responsive records, and about Plaintiff's demand for fees and costs. The parties will apprise the Court through future Case Management Statements of the status of the production and any agreements the parties reach concerning these issues. Nothing herein shall prevent either party from requesting further assistance from the Court.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that Defendant will process responsive, non-exempt records pursuant to the agreed-upon schedule outlined above. As a result of the parties' agreement on the processing schedule, the parties further agree that the initial case management conference currently scheduled for November 14, 2023 should be taken off calendar and that the parties instead should file a status report by July 29, 2024.

DATED: November 7, 2023                         Respectfully submitted,

                                                               ISMAIL J. RAMSEY
                                                               United States Attorney

                                                               */s/ Jevechius D. Bernardoni**
                                                               JEVECHIUS D. BERNARDONI
                                                               Assistant United States Attorney

                                                               Attorneys for Federal Defendant

DATED: November 7, 2023                         */s/ Daniel C. Snyder*
                                                               DANIEL C. SNYDER
                                                               PUBLIC JUSTICE

| | | |
|---|---|---|
| 1 | DATED:  November 7, 2023 | /s/ Lily Rivo |
| 2 | | LILY RIVO |
| | | Greenfire Law, PC |
| 3 | | |
| | | Attorneys for Plaintiff |
| 4 | | US RIGHT TO KNOW |

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the parties' stipulation is GRANTED. The parties shall file a status report by July 29, 2024.

IT IS SO ORDERED.

DATED: November 9, 2023

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge