ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612-5217
    Telephone: (510) 637-3721
    Facsimile: (510) 637-3724
    jevechius.bernardoni@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL INSTITUTES OF HEALTH,<br><br>    Defendant. | Case No. 4:23-cv-2954-KAW<br><br>**JOINT STATUS REPORT, STIPULATION, AND [PROPOSED] ORDER** |

    Defendant National Institutes of Health ("Defendant") and plaintiff US Right to Know ("Plaintiff") file this joint status report pursuant to the Court's November 9, 2023 order (ECF No. 24);

    WHEREAS, the parties have been working cooperatively in an attempt to resolve this case without judicial intervention;

    WHEREAS, as a result of those cooperative efforts, the parties agreed that Defendant will complete its processing of the 6,475 pages of originally identified potentially responsive records by June 30, 2025. The parties also agreed that Defendant will process (not produce) a minimum of 200 pages of those potentially responsive records each month and that Defendant will prioritize processing the potentially responsive records originally identified from Dr. Morens' personal gmail account;

WHEREAS, Defendant continues to process the 6,475 pages of potentially responsive records originally identified and is currently on track to complete processing by the agreed-upon June 30, 2025 date.  Further, Defendant has processed and released the non-exempt portions of Dr. Morens' gmail records that it previously received from Dr. Morens;

WHEREAS, Plaintiff learned from Defendant on July 25, 2024 that there is a new tranche of records that NIH did not possess until very recently, and the parties are discussing how to approach the review of those records.  Plaintiff has requested that Defendant prioritize the review and release of this new tranche, and Defendant is considering that request;

WHEREAS, by entering into this and prior Court-ordered agreements, Defendant is not stipulating that Plaintiff is or will be entitled to or eligible for fees and costs and/or that Plaintiff is a prevailing party for fees and costs purposes in the above-captioned lawsuit; and

WHEREAS, the parties intend on conferring once production is complete about the propriety of Defendant's application, if any, of the FOIA's disclosure exemptions, the reasonableness and adequacy of Defendant's search for responsive records, and about Plaintiff's demand for fees and costs.  The parties will apprise the Court through future status reports of the status of the production and any agreements the parties reach concerning these issues.  Nothing herein shall prevent either party from requesting further assistance from the Court.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties that the parties should file a further status report by January 13, 2025.

DATED: July 26, 2024

Respectfully submitted,

ISMAIL J. RAMSEY
United States Attorney

*/s/ Jevechius D. Bernardoni\**
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Federal Defendant

DATED: July 26, 2024

*/s/ Daniel C. Snyder*
DANIEL C. SNYDER
PUBLIC JUSTICE

DATED: July 26, 2024          /s/ Lily Rivo
                              LILY RIVO
                              Greenfire Law, PC

                              Attorneys for Plaintiff
                              US RIGHT TO KNOW

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the parties' stipulation is GRANTED. The parties shall file a status report by January 13, 2025.

IT IS SO ORDERED.

DATED: _____

_____
HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge