ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone:  (415) 436-7224
    Facsimile:  (415) 436-6748
    jevechius.bernardoni@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation, | Case No. 4:23-cv-2954-KAW |
| Plaintiff, | **NOTICE OF CHANGE OF ADDRESS** |
| v. | |
| NATIONAL INSTITUTES OF HEALTH, | |
| Defendant. | |

    PLEASE TAKE NOTICE THAT Jevechius D. Bernardoni, Assistant United States Attorney, submits this Notice of Change of Address for transmission of all documents in the above-captioned case. All future correspondence, service of pleadings, and other documents submitted in hard copy to AUSA Bernardoni should be directed to his attention at the following address:

    United States Attorney's office
    Northern District of California
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495

    AUSA Bernardoni's new telephone and facsimile information are as follows:

    Telephone:  (415) 436-7224
    Facsimile:  (415) 436-6748

1  DATED: October 1, 2024               Respectfully submitted,

2

3                                       ISMAIL J. RAMSEY
                                        United States Attorney

4                                       */s/ Jevechius D. Bernardoni*
                                        JEVECHIUS D. BERNARDONI
5                                       Assistant United States Attorney

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28