PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7224
    Facsimile: (415) 436-6748
    jevechius.bernardoni@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL INSTITUTES OF HEALTH,<br><br>    Defendant. | Case No. 4:23-cv-2954-KAW<br><br>**JOINT STATUS REPORT, STIPULATION, AND [PROPOSED] ORDER** |

    Defendant National Institutes of Health ("Defendant") and plaintiff US Right to Know ("Plaintiff") file this joint status report pursuant to the Court's January 16, 2025 order (ECF No. 30);

    WHEREAS, the parties have been working cooperatively in an attempt to resolve this case without judicial intervention, and as a result of those cooperative efforts, Defendant identified 6,475 pages of potentially responsive records, and it has been processing those records at a minimum rate of 200 pages each month;

    WHEREAS, separate from this FOIA lawsuit, Defendant has been involved in a parallel effort to recover certain agency records that Dr. Morens, a former employee of Defendant, sent from his personal gmail account. As a result of those efforts, Dr. Morens's personal attorney released to Defendant approximately 65,000 pages of Dr. Morens's gmails in single file pdf format, without associated metadata;

1    WHEREAS, Defendant has processed those pdfs with word recognition software;

2    WHEREAS, in an effort to provide Plaintiff with all records responsive to the FOIA request at issue in the above-captioned case, Defendant then ran the search terms that it had used for the originally identified records against the Dr. Morens' gmails, which resulted in a dataset of approximately 43,000 pages.  Defendant does not currently know (1) how many of those pages constitute agency records or (2) how many of those pages are responsive to the FOIA request at issue in this case;

    WHEREAS, the parties have been negotiating how to proceed with the Dr. Morens' gmail dataset, and they are currently at an impasse regarding two issues:  (1) whether additional search terms should be applied to narrow the scope of potentially responsive records and (2) the rate at which Defendant will process those records;

    WHEREAS, the parties request a case management conference on March 20, 2025 to discuss these issues; and

    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to Court approval, that the parties should file a case management statement by March 13, 2025 and participate in a case management conference with the Court on March 20, 2025 at 1:30 p.m.

DATED:  February 21, 2025                Respectfully submitted,

                                         PATRICK D. ROBBINS
                                         Acting United States Attorney

                                         /s/ Jevechius D. Bernardoni*
                                         JEVECHIUS D. BERNARDONI
                                         Assistant United States Attorney

                                         Attorneys for Federal Defendant

DATED:  February 21, 2025                /s/ Daniel C. Snyder
                                         DANIEL C. SNYDER
                                         PUBLIC JUSTICE

DATED:  February 21, 2025                /s/ Lily Rivo
                                         LILY RIVO
                                         Greenfire Law, PC

                                         Attorneys for Plaintiff
                                         US RIGHT TO KNOW

1 *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the parties' stipulation is GRANTED. The parties shall file a case management statement by March 13, 2025, and the Court will hold a case management conference on March 20, 2025 at 1:30 p.m.

IT IS SO ORDERED.

DATED: _____

HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge