**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CASE MANAGEMENT MINUTES**

| **Date:** 3/18/2025 | **Time:** 2:03-2:29 (26 M) | **Judge:** Kandis A. Westmore |
|---|---|---|
| **Case No.:** 23-cv-02954-KAW | **Case Name:** U.S. Right to Know v. National Institutes of Health | |

**For Plaintiff(s):**   Dan Snyder, Richard Brody, Gary Ruskin
**For Defendant(s):** Jevechius Bernardoni

**Deputy Clerk:** Karen Hom                                        **Zoom Webinar:** 2:03-2:29

### PROCEEDINGS

Initial Case Mgmt Conference - Held by Zoom

Parties will continue to meet and confer on search terms, what searches were completed, and what the search yielded and discuss the rate of production

Defendant will follow up with the agency regarding Dr. Moren's emails to see if they can be obtained by any other means.

### PRETRIAL SCHEDULE:

A Status Conference is set for **4/22/2025** at 1:30 p.m. by Zoom Webinar.  A status report, which should include meet-and-confer efforts, progress made obtaining original emails, and a proposed schedule is due by **4/15/2025.**