PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7224
    Facsimile: (415) 436-6748
    jevechius.bernardoni@usdoj.gov

Attorneys for Federal Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>NATIONAL INSTITUTES OF HEALTH,<br><br>    Defendant. | Case No. 4:23-cv-2954-KAW<br><br>**JOINT STATUS REPORT, STIPULATION, AND [PROPOSED] ORDER** |

    Defendant National Institutes of Health ("Defendant") and plaintiff US Right to Know ("Plaintiff") file this joint status report pursuant to the Court's March 19, 2025 order (ECF No. 34);

    WHEREAS, following the March 18, 2025 case management conference, Defendant provided Plaintiff with hit count information for the search terms proposed by Defendant on March 24, 2025. On March 25, 2025, Plaintiff asked for hit counts on an additional 20 search strings. Shortly thereafter, there were significant changes to FOIA staffing within the Department of Health and Human Services, including Defendant's FOIA office. While addressing those staffing modifications, Defendant has been meeting its FOIA release deadlines, including by releasing records to Plaintiff in this case on April 11, 2025. Additionally, the database containing the Dr. Morens emails is currently undergoing migration, and Defendant currently cannot consult those records to provide hit count information;

1  WHEREAS, Defendant is on track to finish processing and release of non-exempt portions of the previously identified records by the agreed-upon June 30, 2025 date (ECF No. 24); and

WHEREAS, to allow Defendant to provide the hit count information requested by Plaintiff and to provide sufficient time for the parties to confer about the results of that information and its impact, if any, on narrowing Request Two, the parties agree that the case management conference currently scheduled for April 22, 2025 should be extended by two weeks to May 6, 2025 at 1:30 p.m.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to Court approval, that the case management conference currently scheduled for April 22, 2025 should be continued to May 6, 2025 at 1:30 p.m. and the parties should file a joint status report on or before April 29, 2025.

DATED: April 15, 2025                Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

/s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Federal Defendant

DATED: April 15, 2025                /s/ Daniel C. Snyder
DANIEL C. SNYDER
PUBLIC JUSTICE

DATED: April 15, 2025                /s/ Richard Brody
RICHARD BRODY
Greenfire Law, PC

Attorneys for Plaintiff
US RIGHT TO KNOW

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the parties' stipulation is GRANTED. The case management conference currently scheduled for April 22, 2025 is continued to May 6, 2025 at 1:30 p.m. and the parties shall file a joint status report on or before April 29, 2025.

IT IS SO ORDERED.

DATED: _____

HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge