1 | PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
2 | PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
3 | JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney
4

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7224
6 | Facsimile: (415) 436-6748
jevechius.bernardoni@usdoj.gov
7

Attorneys for Federal Defendant
8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | OAKLAND DIVISION

12

13 | US RIGHT TO KNOW, a California Non-Profit Corporation,

Case No. 4:23-cv-2954-KAW

14 | Plaintiff,

**JOINT STATUS REPORT, STIPULATION, AND ~~[PROPOSED]~~ ORDER**

15 | v.

16 | NATIONAL INSTITUTES OF HEALTH,

17 | Defendant.

18

19 | Defendant National Institutes of Health ("Defendant") and plaintiff US Right to Know ("Plaintiff")

20 | file this joint status report pursuant to the Court's March 19, 2025 order (ECF No. 34);

21 | WHEREAS, following the March 18, 2025 case management conference, Defendant provided

22 | Plaintiff with hit count information for the search terms proposed by Defendant on March 24, 2025. On

23 | March 25, 2025, Plaintiff asked for hit counts on an additional 20 search strings. Shortly thereafter, there

24 | were significant changes to FOIA staffing within the Department of Health and Human Services, including

25 | Defendant's FOIA office. While addressing those staffing modifications, Defendant has been meeting its

26 | FOIA release deadlines, including by releasing records to Plaintiff in this case on April 11, 2025.

27 | Additionally, the database containing the Dr. Morens emails is currently undergoing migration, and

28 | Defendant currently cannot consult those records to provide hit count information;

JOINT STATUS REPORT, STIPULATION, AND [PROPOSED] ORDER
4:23-cv-2954-KAW                                                    1

1    WHEREAS, Defendant is on track to finish processing and release of non-exempt portions of the

2    previously identified records by the agreed-upon June 30, 2025 date (ECF No. 24); and

3    WHEREAS, to allow Defendant to provide the hit count information requested by Plaintiff and to

4    provide sufficient time for the parties to confer about the results of that information and its impact, if any,

5    on narrowing Request Two, the parties agree that the case management conference currently scheduled

6    for April 22, 2025 should be extended by two weeks to May 6, 2025 at 1:30 p.m.

7    NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to

8    Court approval, that the case management conference currently scheduled for April 22, 2025 should be

9    continued to May 6, 2025 at 1:30 p.m. and the parties should file a joint status report on or before April

10   29, 2025.

11   DATED:  April 15, 2025                     Respectfully submitted,

12                                              PATRICK D. ROBBINS
                                                Acting United States Attorney
13

14                                              /s/ Jevechius D. Bernardoni*
                                                JEVECHIUS D. BERNARDONI
                                                Assistant United States Attorney
15

16                                              Attorneys for Federal Defendant

17
     DATED:  April 15, 2025                     /s/ Daniel C. Snyder
18                                              DANIEL C. SNYDER
                                                PUBLIC JUSTICE
19
     DATED:  April 15, 2025                     /s/ Richard Brody
20                                              RICHARD BRODY
                                                Greenfire Law, PC
21

22                                              Attorneys for Plaintiff
                                                US RIGHT TO KNOW
23

24   *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury
     that all signatories have concurred in the filing of this document.

25

26

27

28

JOINT STATUS REPORT, STIPULATION, AND [PROPOSED] ORDER
4:23-cv-2954-KAW                              2

1          ~~[PROPOSED]~~ **ORDER** AS MODIFIED

2          Pursuant to the parties' stipulation, and good cause appearing, the parties' stipulation is

3    GRANTED.  The case management conference currently scheduled for April 22, 2025 is continued to

4    May 13, 2025 at 1:30 p.m. and the parties shall file a joint status report on or before May 6, 2025.

5          IT IS SO ORDERED.

6

7    DATED:   April 17, 2025
                                    _____
8                                    HONORABLE KANDIS A. WESTMORE
                                    United States Magistrate Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STATUS REPORT, STIPULATION, AND [PROPOSED] ORDER
4:23-cv-2954-KAW                                    1