```
 1  PATRICK D. ROBBINS (CABN 152288)
    Acting United States Attorney
 2  PAMELA T. JOHANN (CABN 145558)
    Chief, Civil Division
 3  JEVECHIUS D. BERNARDONI (CABN 281892)
    Assistant United States Attorney
 4
        450 Golden Gate Avenue, Box 36055
 5      San Francisco, California 94102-3495
        Telephone:  (415) 436-7224
 6      Facsimile:  (415) 436-6748
        jevechius.bernardoni@usdoj.gov
 7
    Attorneys for Federal Defendant
 8
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| US RIGHT TO KNOW, a California Non-Profit Corporation, | Case No. 4:23-cv-2954-KAW |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE MAY 6, 2025 CASE MANAGEMENT CONFERENCE TO MAY 20, 2025, AND ORDER** |
| v. | |
| NATIONAL INSTITUTES OF HEALTH, | |
| Defendant. | |

Defendant National Institutes of Health ("Defendant") and plaintiff US Right to Know ("Plaintiff") hereby Stipulate and respectfully request the Court continue the Case Management Conference presently set for May 6, 2025, to May 20, 2025, or another suitable future date on the Court's calendar. In support thereof, the parties represent as follows:

WHEREAS, on April 17, 2025, the Court granted the parties' stipulation to reschedule the April 22, 2025 Case Management Conference in order to provide Defendant with sufficient time to review Plaintiff's proposed search terms and provide the hit count information about those terms to Plaintiff;

WHEREAS, the Court set the rescheduled Case Management Conference for May 13, 2025, at 1:30 PM;

1  WHEREAS, Plaintiff's lead counsel, Mr. Snyder, will be flying to St. Petersburg, Florida on May 13, 2025, and barring any flight disruptions, expects to be airborne and otherwise unavailable at 1:30 PM on April 22, 2025;

WHEREAS, the parties have conferred and are available on May 20, 2025 at 1:30 PM for a re-scheduled Case Management Conference. If that time is not suitable for the Court, the parties can also be available on May 27 and June 3, 2025.

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the Court's approval, that the case management conference currently scheduled for May 6, 2025 should be continued to May 20, 2025 at 1:30 PM, and the parties should file a joint status report on or before May 13, 2025.

DATED: April 21, 2025   */s/ Daniel C. Snyder\**
DANIEL C. SNYDER
PUBLIC JUSTICE

DATED: April 21, 2025   */s/ Richard Brody*
RICHARD BRODY
Greenfire Law, PC

Attorneys for Plaintiff
US RIGHT TO KNOW

DATED: April 21, 2025   Respectfully submitted,

PATRICK D. ROBBINS
Acting United States Attorney

*/s/ Jevechius D. Bernardoni*
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Federal Defendant

*\*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**ORDER**

Pursuant to the parties' stipulation, and good cause appearing, the parties' stipulation is GRANTED. The case management conference currently scheduled for May 6, 2025 is continued to May 20, 2025 at 1:30 PM, and the parties shall file a joint status report on or before May 13, 2025.

IT IS SO ORDERED.

DATED: April 24, 2025

HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge