# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** May 20, 2025 | **Time:** 2:13 PM - 2:37 PM | **Judge:** KANDIS A. WESTMORE |
|---|---|---|
| **Case No.:** 23-cv-02954-KAW | **Case Name:** U.S. Right to Know v. National Institutes of Health | |

**Attorney for Plaintiff:** Daniel C. Snyder
**Attorney for Defendant:** Jevechius Doherty Bernardoni

**Deputy Clerk:** Cindy C. Fan                              **Recorded via Zoom: 24mins**

## PROCEEDINGS

Status Conference held.

Court orders Defendant to process any non-exempt portions of the approximately 43,000 pages of records no later than **5/20/2026** on a rolling monthly basis effective **5/20/2025**.

Parties to file a Joint Status Report by **5/20/2026**. No other hearings will be set at this time.

Court to issue an order.