United States District Court
Northern District of California

1

2

3

4                              UNITED STATES DISTRICT COURT

5                            NORTHERN DISTRICT OF CALIFORNIA

6

7    UNITED STATES OF AMERICA RIGHT          Case No.  23-cv-02954-KAW
     TO KNOW,
8
                 Plaintiff,
9                                            **ORDER SETTING PRODUCTION
          v.                                 SCHEDULE**
10
     NATIONAL INSTITUTES OF HEALTH,
11
                 Defendant.
12

13        For the reasons stated on the record at the May 20, 2025 case management conference, the

14   Court ORDERS Defendant National Institutes of Health to make rolling monthly productions of

15   all responsive and non-exempt portions of the approximately 43,000 pages of records received

16   from Dr. David Morens, with production to be completed by **May 20, 2026**.

17        In so ordering, the Court has considered the arguments made in the March 13, 2025 and

18   May 13, 2025 case management conference statements, as well as at the May 20, 2025 case

19   management conference.  Ultimately, the Court finds that "FOIA requires that the agency make

20   the records 'promptly available,' which depending on the circumstances typically would mean

21   within days or a few weeks of a 'determination,' not months or years." *Citizens for Responsibility*

22   *& Ethics in Wash. v. FEC*, 404 U.S. App. D.C. 275, 284, 711 F.3d 180, 189 (2013) (quoting 5

23   U.S.C. § 552(a)(3)(A)).  While Defendant has asserted that it lacks the resources to review more

24   than 300 pages per month -- a production schedule that would require almost **12 years** for

25   completion -- courts have found that an agency's "limited resources do not relieve it of its

26   statutory obligation to promptly provide requested documents."  *Sierra Club v. United States EPA*,

27   No. 18-cv-03472-EDL, 2018 U.S. Dist. LEXIS 219383, at \*19 (N.D. Cal. Dec. 26, 2018); *see also*

28   *Our Children's Earth Found. v. Nat'l Marine Fisheries Serv.*, 85 F. Supp. 3d 1074, 1090 (N.D.

1  Cal. 2015) ("Although the Court and many others have recognized that agencies' resources are

2  heavily taxed by the quantity and depth of FOIA requests, that does not grant the agency carte

3  balance to repeatedly violate congressionally mandated deadlines.").  Indeed, at the hearing,

4  Defendant did not dispute its obligation to provide responsive documents to the FOIA request in a

5  timely manner.

6      The parties are further ordered to file a joint status report by May 20, 2026.

7      IT IS SO ORDERED.

8  Dated: May 27, 2025

9         KANDIS A. WESTMORE

10         United States Magistrate Judge

United States District Court
Northern District of California

2