CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone:  (415) 436-7224
Facsimile:  (415) 436-6748
jevechius.bernardoni@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH,<br><br>Defendant. | Case No. 4:23-cv-2954-KAW<br><br>**JOINT STATUS REPORT; STIPULATION AND ORDER** |

Defendant National Institutes of Health (the "NIH") and plaintiff US Right to Know ("Plaintiff") file this joint status report pursuant to the Court's April 27, 2025 order.  ECF No. 41.

On April 27, 2025, the Court issued an order requiring NIH "to make rolling monthly productions of all responsive and non-exempt portions of the approximately 43,000 pages of records received from Dr. David Morens, with production to be completed by May 20, 2026."  ECF No. 41.  As ordered, NIH issued monthly rolling releases of responsive records and completed its final release on May 19, 2026.

Plaintiff is reviewing NIH's releases and is preparing a list of records for which it will request a *Vaughn* index.  Plaintiff anticipates providing that list to NIH by June 26, 2026.  Depending on the number of records identified by Plaintiff, the parties agree that NIH should be provided at least 30 days to prepare

JOINT STATUS REPORT; STIPULATION AND ORDER
4:23-cv-2954-KAW                    1

the *Vaughn* index, and Plaintiff agrees that, if necessary, it is willing to agree to a reasonable extension to prepare the *Vaughn* index.

After NIH provides its *Vaughn* index, the parties will meet and confer on the asserted exemptions. Moreover, while NIH reserves all arguments on eligibility and entitlement, the parties intend to meet and confer regarding Plaintiff's forthcoming demand for fees and costs.  To provide the parties sufficient time to meet and confer as discussed above, the parties stipulate that they should submit a further status update by August 24, 2026.

DATED:  May 20, 2026                                    Respectfully submitted,

                                                        CRAIG H. MISSAKIAN
                                                        United States Attorney

                                                        */s/ Jevechius D. Bernardoni\**
                                                        JEVECHIUS D. BERNARDONI
                                                        Assistant United States Attorney

                                                        Attorneys for Federal Defendant


DATED:  May 20, 2026                                    */s/ Daniel C. Snyder*
                                                        DANIEL C. SNYDER
                                                        PUBLIC JUSTICE

DATED:  May 20, 2026                                    */s/ Richard Brody*
                                                        RICHARD BRODY
                                                        Greenfire Law, PC

                                                        Attorneys for Plaintiff
                                                        US RIGHT TO KNOW

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

JOINT STATUS REPORT; STIPULATION AND ORDER
4:23-cv-2954-KAW                                    2

**ORDER**

IT IS HEREBY ORDERED that the parties shall submit a joint status update by August 24, 2026.

DATED:    May 28, 2026    _____
The Honorable Kandis A. Westmore

JOINT STATUS REPORT; STIPULATION AND ORDER
4:23-cv-2954-KAW                                                3