CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
JEVECHIUS D. BERNARDONI (CABN 281892)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7224
Facsimile: (415) 436-6748
jevechius.bernardoni@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| US RIGHT TO KNOW, a California Non-Profit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH,<br><br>Defendant. | Case No. 4:23-cv-2954-KAW<br><br>**JOINT STATUS REPORT; STIPULATION AND [PROPOSED] ORDER** |

Defendant National Institutes of Health (the "NIH") and plaintiff US Right to Know ("Plaintiff") file this joint status report pursuant to the Court's May 28, 2026 order. ECF No. 47.

On April 27, 2025, the Court issued an order requiring NIH "to make rolling monthly productions of all responsive and non-exempt portions of the approximately 43,000 pages of records received from Dr. David Morens, with production to be completed by May 20, 2026." ECF No. 41. As ordered, NIH issued monthly rolling releases of responsive records.

NIH provided Plaintiff with a draft *Vaughn* index on July 9, 2026. While preparing the *Vaughn* index, NIH determined that additional records could be released in full, and it released those records on July 9, 2026. Moreover, following release of the draft *Vaughn* index, the parties have continued their negotiations in an attempt to resolve the FOIA disputes amicably. Finally, NIH has continued consulting

with various submitters regarding their request that certain information be withheld under exemption (b)(4). As a result of that process, NIH issued a supplemental release on August 17, 2026. NIH is still waiting to receive responses from other submitters, and it anticipates providing an update to Plaintiff on or before August 31, 2026, subject to the receipt of necessary responses from the submitters.

The parties respectfully submit that, once the submitter notification process is complete, they will need additional time to meet and confer regarding the asserted exemptions. Moreover, while NIH reserves all arguments on eligibility and entitlement, the parties intend to meet and confer regarding Plaintiff's forthcoming demand for fees and costs. To provide the parties sufficient time to meet and confer as discussed above, the parties stipulate that they should submit a further status update by March 2, 2027.

DATED: August 24, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Jevechius D. Bernardoni**
JEVECHIUS D. BERNARDONI
Assistant United States Attorney

Attorneys for Federal Defendant

DATED: August 24, 2026

*/s/ Daniel C. Snyder*
DANIEL C. SNYDER
PUBLIC JUSTICE

DATED: August 24, 2026

*/s/ Richard Brody*
RICHARD BRODY
Greenfire Law, PC

Attorneys for Plaintiff
US RIGHT TO KNOW

**In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that all signatories have concurred in the filing of this document.*

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED that the parties shall submit a joint status update by March 2, 2027.

DATED: ________________

______________________________________
The Honorable Kandis A. Westmore